IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

WEST, ROBERT GENE
WEST, CHERON DANIELLE
                Debtors

Case No. 10-15731-SAH
(Chapter 7)

## Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| American Collection Service<br>3100 Southwest 59th Street<br>Oklahoma City OK 73119 | $1.24 |
| Moringstar ER Physicians<br>9301 South Western<br>Oklahoma City OK 73139-2728 | $0.68 |
| American InfoSource LP as agent for<br>Integris Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $4.06 |
| Credit Collections INC<br>P.O. Box 60607<br>Oklahoma City, OK 73146 | $3.33 |
| TOTAL: | $9.31 |

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED: August 22, 2011

                                              */s/Kevin Coffey*
                                              Kevin M. Coffey (OBA # 11791)
                                              Chapter 7 Trustee
                                              435 N. Walker, Suite 202
                                              Oklahoma City, OK  73102
                                              405/235-1497
                                              Fax:  405/606-7446